# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

**CR 07 0386**

UNITED STATES OF AMERICA,

v.

JUVENAL VARGAS-DIAZ

WHA

DEFENDANT.

## INDICTMENT

Title 8 United States Code Section 1326 - Alien Fround
in the United States After Deportation

A true bill.

_____
Foreman

Filed in open court this _____ day of
6/19/2007

_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1326 - Alien Found in the United States After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-filing*

**PENALTY:**
Maximum Prison Term of 20 years
Maximum Fine of $250,000
Maximum supervised release of 3 years
Mandatory special assessment fee of $100.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
CR 07 0386
JUVENAL VARGAS-DIAZ
**DISTRICT COURT NUMBER**

WHA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) **WENDY THOMAS**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed? ☑ Yes ☐ No } If "Yes" give date filed 4/24/2006

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year 1/11/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

E-filing

FILED
07 JUN 19 PM 12:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0386 WHA

| UNITED STATES OF AMERICA, | ) | Criminal No.: |
|---|---|---|
| Plaintiff, | ) | VIOLATION: Title 8, United States Code Section 1326 -- Alien Found in the United States After Deportation |
| v. | ) | |
| JUVENAL VARGAS-DIAZ, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

On or about April 24, 2006, the defendant,

JUVENAL VARGAS-DIAZ,

an alien, having been previously excluded, deported, and removed from the United States to Mexico, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the

//

INDICTMENT

1 | defendant for admission into the United States, in violation of Title 8, United States Code,
2 | Section 1326.
3 |
4 | DATED: 06/19/07                                A TRUE BILL.
5 |
6 |                                                                FOREPERSON
7 | SCOTT N. SCHOOLS
  | United States Attorney
8 |
9 | *[signature]*
10 | IOANA PETROU
   | Chief, Major Crimes Section
11 |
12 |
13 | (Approved as to form: *[signature]*
14 |                        Wendy Thomas
   |                        Special Assistant United States Attorney
15 |
...
28 |

INDICTMENT                                         2