1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES AMERICA,                           No. C 07-00386 WHA

          Plaintiff,

  v.                                                       **CLERK'S NOTICE**
                                                          **RESCHEDULING**
JUVENAL VARGAS-DIAZ,                              **HEARING TIME**

          Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the Trial Setting previously set for September 4, 2007 at 2:00 p.m. has been rescheduled for **September 4, 2007 at 2:30 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   August 31, 2007                          FOR THE COURT,

                                                 Richard W. Wieking, Clerk

                                                 By:_____
                                                    Dawn Toland
                                                    Courtroom Deputy to the
                                                    Honorable William Alsup