UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 4, 2007

Case No.: CR 07-0386 WHA

Title: UNITED STATES -v- JUVENAL VARGAS DIAZ (custody)

Appearances:

    For the Government: Wendy Thomas

    For the Defendant(s): Barry Portman

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Jim Yeomans

**PROCEEDINGS**

1) Trial Setting/Change of Plea - HELD

2) _____

Case continued to **9/18/07 at 2:00 pm** for Sentencing

**ORDERED AFTER HEARING:**

Plea Agreement filed. Defendant entered a guilty plea to Count One.

Defendant does not want a pre-sentence report, and request that probation only prepare the defendant's criminal history and the matter be set for an expedited sentencing date.