UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 18, 2007

Case No.: CR 07-0386 WHA

Title: UNITED STATES -v- JUVENAL VARGAS DIAZ (custody)

Appearances:

    For the Government: Wendy Thomas

    For the Defendant(s): Barry Portman

Deputy Clerk: Dawn Toland    Court Reporter: Catherine Edwards

**PROCEEDINGS**

1) Sentencing - HELD

Case continued to _ for Status

**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is committed to the BOP for 30 months. This term shall begin to run concurrently with the 22 months sentence on the supervised release violation in the case in the District Court of Arizona commencing on 12/18/07. Defendant is placed on supervised release for 3 years with the following conditions: 1) obey immigration laws and regulations, if deported, not reenter the US w/o permission; 2) no firearms; 3) cooperate in collection of DNA; and 4) pay $100 special assessment. No fine is imposed.